# In the United States Court of Appeals for the Ninth Circuit

───────────

No. 23-80074

ZUFFA, LLC,
D/B/A ULTIMATE FIGHTING CHAMPIONSHIP AND UFC,
PETITIONER-DEFENDANT

*v.*

CUNG LE, ET AL.,
RESPONDENTS-PLAINTIFFS

───────────

## MOTION OF PETITIONER FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS RULE 23(f) PETITION

───────────

Pursuant to Federal Rule of Appellate Procedure 27, petitioner Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, moves for leave to file a reply brief in support of its Petition for Permission to Appeal from Order Granting Class Certification Pursuant to Fed. R. Civ. P. 23(f). Respondents Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury oppose the motion.

The underlying petition raises two questions of exceptional importance: (1) whether plaintiffs can satisfy the predominance requirement of Federal Rule of Civil Procedure 23(b)(3) based on a model that purports to show only

(1)

that compensation did not grow as quickly as defendant's revenue, while disregarding individualized factors affecting compensation; and (2) whether plaintiffs can satisfy the predominance requirement of Federal Rule of Civil Procedure 23(b)(3) by relying on a model that assumes, without attempting to prove, common impact. This Court has never squarely resolved either question, and district courts in this circuit and elsewhere are in need of this Court's guidance. The proposed reply brief would afford petitioner a brief opportunity to respond to the legal and factual assertions made by respondents in their response and would facilitate the Court's disposition of the petition in this important and complex case. The reply brief satisfies the normal word-limit requirement applicable to replies in support of motions. *See* Fed. R. App. P. 27(d)(2)(C). Accordingly, petitioner respectfully requests that leave to file a reply brief be granted.

|  | Respectfully submitted, |
|---|---|
|  | /s/ Kannon K. Shanmugam |
| GREGORY G. GARRE | KANNON K. SHANMUGAM |
| CHRISTINE C. SMITH | WILLIAM A. ISAACSON |
| LATHAM & WATKINS LLP | BRIAN M. LIPSHUTZ |
|   555 Eleventh Street, N.W., | KATHERINE FANG |
|     Suite 1000 | PAUL, WEISS, RIFKIND, |
|   Washington, DC 20004 |   WHARTON & GARRISON LLP |
|  |   2001 K Street, N.W. |
| CHRISTOPHER S. YATES |   Washington, DC 20006 |
| AARON T. CHIU |   (202) 223-7300 |
| LATHAM & WATKINS LLP |   kshanmugam@paulweiss.com |
|   505 Montgomery Street, Suite 2000 |  |
|   San Francisco, CA 94111 | DANIELLE J. MARRYSHOW |
|  | PAUL, WEISS, RIFKIND, |
| SAMIR DEGER-SEN |   WHARTON & GARRISON LLP |
| LATHAM & WATKINS LLP |   1285 Avenue of the Americas |
|   1271 Avenue of the Americas |   New York, NY 10019 |
|   New York, NY 10020 |  |

J. COLBY WILLIAMS
CAMPBELL & WILLIAMS
  710 South Seventh Street
  Las Vegas, NV 89101

SEPTEMBER 12, 2023

## CERTIFICATE OF COMPLIANCE
## WITH TYPEFACE AND WORD-COUNT LIMITATIONS

    I, Kannon K. Shanmugam, a member of the Bar of this Court and counsel for petitioner Zuffa, LLC, certify, pursuant to Federal Rules of Appellate Procedure 27(d), and Ninth Circuit Rules 27-1 and 32-3, that the attached Motion of Petitioner for Leave to File a Reply Brief in Support of Its Rule 23(f) Petition is proportionately spaced, has a typeface of 14 points or more, and contains 238 words.

s/ Kannon K. Shanmugam
KANNON K. SHANMUGAM

SEPTEMBER 12, 2023