| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>NOV 1 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CUNG LE; et al.,

        Plaintiffs-Respondents,

 v.

ZUFFA, LLC, D/B/A Ultimate Fighting Championship and UFC,

        Defendant-Petitioner.

No. 23-80074

D.C. No. 2:15-cv-01045-RFB-BNW
District of Nevada, Las Vegas

ORDER

Before: W. FLETCHER and BENNETT, Circuit Judges.

    The motion of the Chamber of Commerce of the United States of America for leave to file an amicus brief in support of the petition (Docket Entry No. 3) is granted. The parties' requests to file a reply and sur-reply concerning the petition (Docket Entry Nos. 6, 8) are granted.

    The petition for permission to appeal is denied. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition).

OSA114